# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RONALD G. DANDAR,           )
           Petitioner,    )
    v.                         )     C.A. No. 06-46 Erie
                                        )
SUPERINTENDENT DAVID GOOD, et. al., )
           Respondent.    )

## MEMORANDUM ORDER

This petition for writ of habeas corpus was received by the Clerk of Court on February 23, 2006, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The magistrate judge's report and recommendation, filed on February 28, 2006, recommended that the motion for leave to proceed in forma paupers be denied. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail at SCI Cresson, where he is incarcerated. Objections were filed by Petitioner on March 9, 2006. After de novo review of the petition and documents in the case, together with the report and recommendation and objections thereto, the following order is entered:

AND NOW, this   9th   Day of March, 2006;

IT IS HEREBY ORDERED that the Motion to proceed in forma pauperis is DENIED and that a certificate of appealability is DENIED.

The report and recommendation of Magistrate Judge Baxter, dated February 28, 2006, is adopted as the opinion of the court.

                                                            SEAN J. McLAUGHLIN
                                                            United States District Judge

cc:      Susan Paradise Baxter
          U.S. Magistrate Judge

          all parties of record.nmk