IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RONALD DANDAR,** )<br>    Petitioner, )<br> ) <br>v. ) <br> ) <br>**DAVID GOOD, et. al.,** ) <br>    Respondents. ) | Civil Action No. 06-46 Erie |

## ORDER OF COURT

  AND NOW, this 10th day of May, 2006, upon consideration of the Petitioner's Notice of Appeal of the Magistrate's Order dated May 2, 2006

  IT IS HEREBY ORDERED that said appeal is DENIED and the Order of the Magistrate Judge dated May 2, 2006 is hereby AFFIRMED.

               s/ Sean J. McLaughlin
               Sean J. McLaughlin
               United States District Judge

cc: parties/counsel of record.nmk