IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD G. DANDAR, ) | |
|    Petitioner, ) | |
| ) | Civil Action No. 06-46 ERIE |
| V ) | |
| ) | |
| SUPERINTENDENT DAVID GOOD, ) | |
| et. al., ) | |
|    Respondents. ) | |

**ORDER**

    AND NOW, this 13th day of December, 2006, upon consideration of the Petitioner's Appeal of the Magistrate Judge's Order dated December 4, 2006 (Document No. 33)

    IT IS HEREBY ORDERED that said Appeal is DENIED and the Order or the Magistrate Judge dated December 4, 2006 be and hereby is AFFIRMED.

    S/Sean J. McLaughlin
    Sean J. McLaughlin
    United States District Judge

cc: All counsel of record   nk